UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIMOTHY BOULDING,

       Plaintiff,                     Case No. 1:08-cv-576

v.                                        Hon. Janet T. Neff

CORRECTIONAL MEDICAL
SERVICES, et al.,

       Defendants.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed September 18, 2009, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that defendant Abdellatif's Motion for Summary Judgment (Dkt. #67) is **GRANTED** and plaintiff's complaint is **DISMISSED** for the reason(s) stated in the Report and Recommendation.

Dated: October 9, 2009                                      /s/Janet T. Neff
                                                                             JANET T. NEFF
                                                                             UNITED STATES DISTRICT JUDGE